E-FILED
Wednesday, 30 August, 2017  01:38:58 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

|  |  |
|---|---|
| **DRISS EL-AKRICH,** | ) |
|  | ) |
|  | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **-vs-** | ) No.: 2017-cv-3041 |
|  | ) |
| **BOARD OF TRUSTEES OF THE** | ) |
| **UNIVERSITY OF ILLINOIS; KAREN** | ) |
| **MORANSKI, Associate Vice-Chancellor, in** | ) |
| **her Official and Individual Capacity;** | ) |
| **JONATHAN GOLDBERGBELLE, Senior** | ) |
| **Director of International Programs and** | ) |
| **Internships, in his Official and Individual** | ) |
| **Capacity; LAURA ALEXANDER, Senior** | ) |
| **Director of Human Resources in her Official** | ) |
| **and Individual Capacity; and DONNA** | ) |
| **MCNEELY, Director of University Ethics and** | ) |
| **Compliance Office in her Official and** | ) |
| **Individual Capacity,** | ) |
| **Defendants.,** | ) |
|  | ) **JURY TRIAL** |
| **Defendant(s).** | ) **DEMANDED** |

## AGREED MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff, Driss El-Akrich, by and through his attorneys of record, Kathryn E. Eisenhart and S. Mona Ahsan, and in support of his motion for extension of time to respond to Defendants' *Motion to Dismiss*, hereby states as follows:

1. Plaintiff filed his Amended Complaint in this cause of action on July 20, 2017.

2. Defendants filed a Motion to Dismiss in this matter on August 23, 2017.

3. Due to the extensive issues raised within Defendants' motion, Plaintiff requests an extension of time until September 30, 2017 to respond to Defendant's Motion to Dismiss.

4. Plaintiff's counsel has discussed this matter with Defendants' counsel, Theresa M. Powell, and Defendants' Counsel has indicated no objection to the extension.

5. This extension should not materially affect the current trial call activity and/or any case management deadlines in this matter.


WHEREFORE, for the above and foregoing reasons, the Plaintiff respectfully requests an extension until September 30, 2017, in order to respond to Defendants' Motion to Dismiss.

Respectfully submitted,
By:
/s/Mona Ahsan
S. Mona Ahsan #6236610
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com


/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

|  |  |
|---|---|
| **DRISS EL-AKRICH,** | ) |
|  | ) |
|  | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| -vs- | ) No.: 2017-cv-3041 |
|  | ) |
| **BOARD OF TRUSTEES OF THE** | ) |
| **UNIVERSITY OF ILLINOIS; KAREN** | ) |
| **MORANSKI, Associate Vice-Chancellor, in** | ) |
| **her Official and Individual Capacity;** | ) |
| **JONATHAN GOLDBERGBELLE, Senior** | ) |
| **Director of International Programs and** | ) |
| **Internships, in his Official and Individual** | ) |
| **Capacity; LAURA ALEXANDER, Senior** | ) |
| **Director of Human Resources in her Official** | ) |
| **and Individual Capacity; and DONNA** | ) |
| **MCNEELY, Director of University Ethics and** | ) |
| **Compliance Office in her Official and** | ) |
| **Individual Capacity,** | ) |
| **Defendants.,** | ) |
|  | ) **JURY TRIAL** |
| **Defendant(s).** | ) **DEMANDED** |

**PROOF OF SERVICE**

I hereby certify, on August 30, 2017, the **Agreed Motion for Extension of Time** and **Certificate of Service** were electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following CM/ECF participant(s):

Theresa M. Powell
IL ARDC #: 6230402
HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222
Fax: 217.523.3902
Email: tpowell@heylroyster.com

Brian M. Smith
IL ARDC #6293822

HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St., Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
217-344-0060 Phone
217-344-9295 Fax
E-mail: bsmith@heylroyster.com


The undersigned attorney hereby certifies that on August 30, 2017, she served copies of the Agreed Motion to Extend Deadline and the Proof of Service upon the following by first-class mail, postage prepaid:

None

Respectfully Submitted,
By: /s/Mona Ahsan
S. Mona Ahsan #6236610
Attorney for Plaintiff
Law Office of Mona Ahsan
2901 Wildcat Court
Springfield, Il 62711
410-507-4443
mona@ahsan-law.com

/s/Kathryn E. Eisenhart
Kathryn E. Eisenhart #6183716
Attorney for Plaintiff
Eisenhart Law Office
17 Hawthorne Lane
Springfield, IL 62712
217-679-6410
eisenhartlawoffice@gmail.com