5442-154
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DRISS EL-AKRICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-03041-SEM-TSH |
| | ) | |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; KAREN MORANSKI, Associate Vice-Chancellor, in her Official and Individual Capacity; JONATHAN GOLDBERGBELLE, Senior Director of International Programs and Internships, in his Official and Individual Capacity; LAURA ALEXANDER, Senior Director Human Resources, in her Official and Individual Capacity; and DONNA MCNEELY, Executive Director of the University Ethics and Compliance Office, in her Official and Individual Capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**<u>DEFENDANTS' NOTICE REGARDING POTENTIAL CONFLICT OF INTEREST</u>**

NOW COME the Defendants, BOARD OF TRUSTEES OF UNIVERSITY OF ILLINOIS, KAREN MORANSKI, JONATHAN GOLDBERGBELLE, LAURA ALEXANDER, and DONNA McNEELY, by THERESA M. POWELL and BRIAN M. SMITH of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and for their Notice Regarding Potential Conflict of Interest, state as follows:

1. On October 10, 2017, a status conference was held wherein the Court informed counsel that her daughter is currently working as an instructor for the University of Illinois.

2. Pursuant to this Court's Order, the parties have been instructed to advise the Court, in writing, of the parties' respective positions as it relates to this information.

3. Defendants are not aware of a direct conflict of interest at this time. However, Defendants cannot rule out the possibility of a conflict arising during the case given the Court's daughter's interactions with various persons at the University.

4. Defendants are in discussion with the Plaintiff about the possibility of consenting to Magistrate Judge Schanzle-Haskins presiding over this case and trial.

5. Defendants anticipate that if an agreement can be reached on this point, the parties will be able to come to that agreement within the next week to ten days.

Respectfully submitted,

KAREN MORANSKI, JONATHAN GOLDBERGBELLE, LAURA ALEXANDER, DONNA McNEELY and BOARD OF TRUSTEES OF UNIVERSITY OF ILLINOIS, Defendants

s/ Brian M. Smith
Brian M. Smith, IL ARDC #6293822
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St., Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
Phone: 217-344-0060
Fax:    217-344-9295
E-mail:bsmith@heylroyster.com

and

s/ Theresa M. Powell
Theresa M. Powell, IL ARDC #6230402
HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222
Fax:    217.523.3902
Email: tpowell@heylroyster.com

## PROOF OF SERVICE

I hereby certify that on October 17, 2017, I electronically filed the foregoing **DEFENDANTS' NOTICE REGARDING POTENTIAL CONFLICT OF INTEREST**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Kathryn E. Eisenhart<br>EISENHART LAW OFFICE<br>17 Hawthorne Lane<br>Springfield, IL 62712<br>Email: eisenhartlawoffice@gmail.com | Attorney for Plaintiff |
| Shameem Mona Ahsan<br>LAW OFFICE OF MONA AHSAN ESQ<br>2901 Wildcat Court<br>Springfield, IL 62711<br>Email: mona@ahsan-law.com | Attorney for Plaintiff |

I also hereby certify that I have mailed on October 17, 2017, by United States Postal Service the foregoing to the following non-CM/ECF participants: None

s/ Brian M. Smith
Heyl, Royster, Voelker & Allen

33226283_1