UNITED STATES DISTRICT COURT FOR CENTRAL
DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DRISS EL-AKRICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.: 2017-cv-3041 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS; KAREN | ) | |
| MORANSKI, AssociateVice-Chancellor, | ) | |
| In her Official and Individual Capacity; | ) | |
| JONATHAN GOLDBERGBELLE, Senior | ) | |
| Director of International Programs and | ) | |
| Internships, In his Individual And Official | ) | |
| Capacity; | ) | |
| LAURA ALEXANDER, Senior Director of | ) | |
| Human Resources in her Individual | ) | |
| And Official Capacity; and DONNA | ) | |
| MCNEELY, Director of University Ethic and | ) | |
| Compliance Office in her | ) | |
| Individual and Official Capacity; | ) | |
| | ) | JURY TRIAL |
| Defendant(s). | ) | DEMANDED |

MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD

Now comes Kathryn E. Eisenhart, counsel for the Plaintiff, Driss El-Akrich, and moves this Court to allow her to withdraw from this case and in support of her request states the following:

1. The client has consented to this request,
2. There are two other counsels of record in this matter,
3. The other two counsels of record have consented to her withdrawal, and
4. There will be no prejudice to the client.

Respectfully Submitted,
By: /s/<u>Kathryn E. Eisenhart</u>
Kathryn E. Eisenhart #6183716
Eisenhart Law Office
17 Hawthorne Lane Springfield, IL 62712
217-679-6410