5442-154 TMP/BMS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DRISS EL-AKRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17-cv-03041-EIL |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS; KAREN ) | |
| MORANSKI, Associate Vice-Chancellor, in ) | |
| her Official and Individual Capacity; ) | |
| JONATHAN GOLDBERGBELLE, Senior ) | |
| Director of International Programs and ) | |
| Internships, in his Official and Individual ) | |
| Capacity; LAURA ALEXANDER, Senior ) | |
| Director Human Resources, in her Official ) | |
| and Individual Capacity; and DONNA ) | |
| MCNEELY, Executive Director of the ) | |
| University Ethics and Compliance Office, in ) | |
| her Official and Individual Capacity, ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL REPORT OF THE PARTIES PURSUANT TO RULE 26**

The parties, through their respective counsel, conferred for the purpose of formulating a plan for discovery in this matter. The following are the dates the parties agree upon and submit to the Court for consideration of adopting an amended scheduling order in this matter:

1. All outstanding written discovery requests shall be completed no later than January 31, 2022.

2. Plaintiff's Expert Disclosures due by May 31, 2022.

3. Defendants' Expert Disclosures due by July 29, 2022.

4. Fact Depositions to be taken by July 29, 2022.

5. Dispositive motions shall be filed no later than October 31, 2022.

6. Final Pre-Trial Conference to be held in March of 2023.

7. Jury Trial to be held in August or September of 2023.

Respectfully Submitted,

DRISS EL-AKRICH, Plaintiff

s/ Shameem Mona Ahsan (with consent)
Shameem Mona Ahsan
LAW OFFICE OF S. MONA AHSAN
4404 Fiddler's Bend
Springfield, IL 62711
Email: mona@ahsan-law.com

-and-

s/ John A. Baker (with consent)
John A. Baker
BAKER, BAKER & KRAJEWSKI, LLC
415 South Seventh Street
Springfield, IL 62701
Email: jab@bbklegal.com

BOARD OF TRUSTEES OF UNIVERSITY OF ILLINOIS, KAREN MORANSKI, JONATHAN GOLDBERGBELLE, LAURA ALEXANDER, and DONNA MCNEELY, Defendants

s/ Theresa M. Powell
Theresa M. Powell, IL ARDC #6230402
HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711-6261
Phone: 217.522.8822, Ext. 2222
Fax:   309.420.0402
Email: tpowell@heylroyster.com

and

s/ Brian M. Smith
Brian M. Smith, IL ARDC #6293822
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St., Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
Phone: 217.344.0060
Fax:   309.420.0402
E-mail: bsmith@heylroyster.com

## PROOF OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing SUPPLEMENTAL REPORT OF THE PARTIES PURSUANT TO RULE 26, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Shameem Mona Ahsan<br>LAW OFFICE OF S. MONA AHSAN<br>4404 Fiddler's Bend<br>Springfield, IL 62711<br>Email: mona@ahsan-law.com | Attorney for Plaintiff |
| John A. Baker<br>BAKER, BAKER & KRAJEWSKI, LLC<br>415 South Seventh Street<br>Springfield, IL 62701<br>Email: jab@bbklegal.com | Attorney for Plaintiff |

s/ Theresa M. Powell
Theresa M. Powell

TMP/cs (5442-154)
40537919_1.docx